**Order entered March 19, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-00240-CV

**TIFFANY POLLARD, INDIVIDUALLY AND AS TRUSTEE OF THE MARIE MERKEL CHILDREN'S TRUST, Appellant**

**V.**

**RUPERT M. POLLARD, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12515**

### ORDER

Appellee's March 13, 2020 Motion for Leave to File Appellee's Reply Brief

is **GRANTED**. Appellee's brief is to be filed on or before March 23, 2020.

/s/    BILL PEDERSEN, III
       JUSTICE